```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
ALEXANDER GOMEZ,                                          :
                                                          :
                              Plaintiff,                  :
                                                          :                   19-CV-8306 (VSB)
            -against-                                     :
                                                          :                        **ORDER**
                                                          :
ESPINDOLA RESTAURANT CORP., et al.,                       :
                                                          :
                              Defendants.                 :
                                                          :
----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 13.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: December 30, 2019
       New York, New York

Vernon S. Broderick
United States District Judge