MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**February 20, 2020**

**VIA ECF**
The Hon. Magistrate Judge Vernon S. Broderick
United States District Magistrate Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 2/21/2020
>
> Plaintiff shall have until March 30, 2020 to move for default judgment in accordance with my individual rules.

    Re:    *Alexander Gomez v. Espindola Restaurant Corp. et al.*
            *Civil Action No.: 1:19-cv-08306-VSB*

Dear Magistrate Judge Vernon S. Broderick:

    I represent the Plaintiff in the above-referenced matter. On January 28, 2020 this Honorable Court issued an Order to file a Motion for Default Judgement. I am writing to inform the Court that the attorneys for the Defendants on this matter have appeared and we are currently discussing possible remediations to the premises.

The Parties jointly request an extension of time of (30) days to file the Default Judgment on this matter.

    This is the first request for an extension of time to file the Default Judgment.

    Thank you for your consideration.

                                            Respectfully Submitted,

                                            BARDUCCI LAW FIRM
                                            s/Maria Costanza Barducci, Esq.
                                            MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only