MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**March 31, 2020**

**VIA ECF**
The Hon. Magistrate Judge Vernon S. Broderick
United States District Magistrate Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 4/1/2020

Plaintiff shall have until May 15, 2020 to move for default judgment in accordance with my individual rules.

Re:   Alexander Gomez v. Espindola Restaurant Corp. et al.
       Civil Action No.: 1:19-cv-08306-VSB

Dear Magistrate Judge Vernon S. Broderick:

I represent the Plaintiff in the above-referenced matter. On February 21, 2020 this Honorable Court issued an Order granting a Motion for extension to file Default Judgement until March 30, 2020. I am writing to inform the Court that the Parties have been actively discussing the terms of a possible settlement, however, we have had to suspend negotiations in light of the current COVID-19 outbreak and the uncertainties that lay ahead for Defendants. We plan to assess and hopefully, resume negotiations, as soon as the State of New York lifts its current emergency ordinance.

The Parties jointly request an extension of time of (45) forty days to file the Default Judgment on this matter.

This is the second request for an extension of time to file the Default Judgment.

Thank you for your consideration.

Respectfully Submitted,

BARDUCCI LAW FIRM
s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only