```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/3/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALEXANDER GOMEZ,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           19-CV-8306 (VSB)
              - against -                                   :
                                                            :                **ORDER**
                                                            :
ESPINDOLA RESTAURANT CORP., et al.,                         :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The parties are directed to meet and confer and file a joint status update no later than August 10, 2020, apprising the Court of the status of this case.

SO ORDERED.

Dated: August 3, 2020
      New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge