```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
     :
ALEXANDER GOMEZ,     :
     :
                    Plaintiff,   :
     :       19-CV-8306 (VSB)
     - against -     :
     :       **ORDER**
     :
ESPINDOLA RESTAURANT CORP., et al.,  :
     :
                   Defendants.  :
     :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    The parties have represented that this case has settled.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  August 12, 2020
         New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge