<div style="text-align:center">

MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

</div>

---

**September 11, 2020**

**VIA ECF**
Honorable Vernon S. Broderick
United States District Magistrate Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   9/14/2020

> Re:   Alexander Gomez v. Espindola Restaurant Corp. et al.
>       Civil Action No.: 1:19-cv-08306-VSB
>       Letter-Motion for Extension of Time to File Stipulation of Dismissal

Dear Magistrate Judge Vernon S. Broderick:

I represent the Plaintiff in the above-referenced matter.

The parties' deadline to file the stipulation pursuant to the Court's Order [DE#27] is September 11, 2020.

Under the terms of the parties agreement, they need additional time to file the stipulation of dismissal.

The Parties jointly request an extension of time of thirty (30) days to file their stipulation for dismissal this matter.

This is the first request for an extension of time to file the stipulation of dismissal.

Thank you for your consideration.

<div style="margin-left:50%">

Respectfully Submitted,

BARDUCCI LAW FIRM

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

</div>

cc: Via CM/ECF Only